**Dismiss and Opinion Filed September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00154-CR
No. 05-13-00155-CR
No. 05-13-00156-CR
No. 05-13-00157-CR
No. 05-13-00158-CR
No. 05-13-00159-CR
No. 05-13-00160-CR
No. 05-13-00161-CR

**PAUL ALLAN KELSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 199-81173-2012, 199-81708-2012, 199-81710-2012, 199-82219-2012, 199-82906-2012, 199-82218-2012, 199-81709-2012, 199-82220-2012

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130154F.U05